Case 1:14-cv-00110-JRH-BKE   Document 120-1   Filed 10/01/15   Page 1 of 7

MELINDA BEAZLEY PEARSON vs. AUGUSTA, GEORGIA, ET AL.
Tonia Denise Mason on 02/24/2015                               Page 6

```
 1      Q.    ADP.  So there was a separate computer
 2   system and you had to enter info off of the time
 3   sheets and --
 4      A.    Right.
 5      Q.    Okay.  And then that -- what you put in
 6   the computer, that was sent to downtown payroll to
 7   produce the paychecks, even before ADP?
 8      A.    Right.  Correct.
 9      Q.    So you're familiar with payroll practices
10   and regular business practices within the rec
11   department?
12      A.    Yes.
13      Q.    And then you're also familiar with the
14   interaction between the rec department and the, I
15   guess, payroll department downtown?
16      A.    Yes.
17      Q.    Okay.  Was it common practice for exempt
18   employees to work excessive hours -- and by that I
19   mean over 37-1/2 hours per week -- during special
20   events or peak seasons?
21      A.    Yes, sir.
22      Q.    Do you ever recall Melinda doing physical
23   labor when she was -- even when she was a
24   supervisor?
25      A.    Yes.
```

Case 1:14-cv-00110-JRH-BKE   Document 120-1   Filed 10/01/15   Page 2 of 7

MELINDA BEAZLEY PEARSON vs. AUGUSTA, GEORGIA, ET AL.
Tonia Denise Mason on 02/24/2015                              Page 7

 1    Q.    Okay.  Can you describe some of the
 2  physical labor she did?
 3    A.    She went out -- we have a park right in
 4  front of our office.  She would actually work in the
 5  park.  When the guys cut the grass, she would plant
 6  flowers, rake.  Whatever needed to be done, she
 7  would assist the guys.
 8    Q.    All right.  Do you recall whether -- or is
 9  it a common practice that even when a manager like
10  Ms. Pearson would work more than 37 hours in a week
11  they would keep a record of their comp time?
12    A.    Yes.
13    Q.    Okay.  Can you tell me the names of some
14  other people who were supervisors as to whom comp
15  time was kept, beginning in the period of about
16  2011, 2012?
17    A.    Supervisors and managers?
18    Q.    Yes.
19    A.    We would have Melinda, we would have
20  Joanie, Chris Scheuer, Yolanda.  She was Marshall at
21  the time.  We would have Nora Lamb, Darrell Bennett,
22  Ron Houck, Bobby Martin.  I think that might be it.
23  I may have forgotten some, though.  Let's see,
24  athletics would be Robert Martin and Chris Scheuer,
25  Darrell Bennett.  All the athletic personnel, all of

Case 1:14-cv-00110-JRH-BKE   Document 120-1   Filed 10/01/15   Page 3 of 7

MELINDA BEAZLEY PEARSON vs. AUGUSTA, GEORGIA, ET AL.
Tonia Denise Mason on 02/24/2015                                    Page 27

```
 1   information either identical to that or like that?
 2        A.   No, I've never seen this.
 3        Q.   All right.  Do you ever remember getting
 4   any instructions after, say, January of 2012 about
 5   making sure you saved records and kept records?
 6        A.   I don't recall.
 7        Q.   Okay.  Do you have any knowledge of the
 8   destruction or shredding or destroying of rec
 9   department records in May or beginning in May of
10   2012?
11        A.   I heard that that happened.  I didn't
12   actually see it.  But the records are missing.
13        Q.   Okay.  And what records are you talking
14   about?
15        A.   That would be anything pertaining to comp
16   time.  The file is gone out of the actual boxes.  We
17   have a stockroom and they're boxed and they're
18   labeled payroll, purchasing in the year.  Those
19   boxes have been opened, and we couldn't find the
20   file.
21             Actually, I probably should go back
22   because when I -- when we figured out the boxes had
23   been opened is when my actual manager, which is
24   Marilyn Newton, had a form and it was an open
25   records and we were trying to pull the records and
```

Case 1:14-cv-00110-JRH-BKE   Document 120-1   Filed 10/01/15   Page 4 of 7

MELINDA BEAZLEY PEARSON vs. AUGUSTA, GEORGIA, ET AL.
Tonia Denise Mason on 02/24/2015                    Page 28

```
 1  we couldn't find them.  They were gone.
 2       Q.    Okay.  Do you know for what period?  Do
 3  you remember for what period?
 4       A.    No, I don't know for what period.
 5       Q.    Okay.  But you couldn't find the comp time
 6  records for managers and supervisors?
 7       A.    No comp forms at all.  Everything was --
 8  you could -- everything had been gone through.  It
 9  wasn't the way we packed the boxes.  So when you go
10  in the file, the comp sheets or anything with --
11  that showed that a manager or supervisor were off
12  were not there.
13       Q.    Do you know when that open records request
14  was?
15       A.    I don't remember the date.
16       Q.    How about do you know whether attendance
17  controller sheets, that yearly --
18       A.    All that --
19       Q.    Yeah, yearly thing?
20       A.    All that is not there anymore.  All of
21  it's gone.  The book is gone, the sheets are gone,
22  and --
23       Q.    And it would have been your practice at
24  the end of a year to put all those records about
25  comp time asked for, comp time accrued, the yearly
```

Case 1:14-cv-00110-JRH-BKE   Document 120-1   Filed 10/01/15   Page 5 of 7

MELINDA BEAZLEY PEARSON vs. AUGUSTA, GEORGIA, ET AL.
Tonia Denise Mason on 02/24/2015                          Page 29

```
 1   controller sheets in a box, what, by year?
 2        A.   By year.  Everything dealing with payroll
 3   within that year was boxed and placed in a closet in
 4   the back area.
 5        Q.   Okay.  And is that something you did?
 6        A.   Myself, Marilyn Newton, and some of the
 7   stuff Renee Kaufmann had packed was in the back
 8   closet, and the boxes had been gone through.  The
 9   controller was gone, the comp sheets, everything
10   basically was gone.
11        Q.   Okay.  Do you know about for how many
12   years it was gone?
13        A.   We went back through '11, '12, '13, and
14   all the books are not there or none of the sheets.
15   The whole files are gone.
16        Q.   And did you go back through 2010, also,
17   or --
18        A.   2010, we still have the boxes, but all the
19   information pertaining to the comp sheets in the
20   controller is not there.
21        Q.   All right.  How about 2009?
22        A.   I'm not sure.
23        Q.   Okay.
24        A.   I don't think '9 is back there.  I'm not
25   really sure about that.
```

Case 1:14-cv-00110-JRH-BKE   Document 120-1   Filed 10/01/15   Page 6 of 7

MELINDA BEAZLEY PEARSON vs. AUGUSTA, GEORGIA, ET AL.
Tonia Denise Mason on 02/24/2015                                Page 30

```
 1     Q.    Okay.  But you're pretty sure from 2010
 2  forward is -- that's what you looked at?
 3     A.    Yes.
 4     Q.    Okay.  And that would have been 2010,
 5  2011, and 2012 because by 2013 your ADP --
 6     A.    Right, we were on ADP.
 7     Q.    Okay.  Do you have any idea who might have
 8  taken those records out?
 9     A.    No, I don't know.  As far as -- I don't
10  know why they would have wanted those items, but
11  they're not there so --
12     Q.    All right.  Who did you all inform that
13  those records were no longer there?
14     A.    Chris Scheuer because he was actually over
15  the administrative division at the time.
16     Q.    Did he ask you to write a memo up on that
17  or something or put something in writing about what
18  you found or didn't find?
19     A.    No.  He may have asked Marilyn Newton, I'm
20  not sure --
21     Q.    Okay.
22     A.    -- but he didn't ask me to do anything.
23     Q.    All right.  Were you present in the room
24  when Scheuer was told?
25     A.    Yes, uh-huh.
```

Case 1:14-cv-00110-JRH-BKE   Document 120-1   Filed 10/01/15   Page 7 of 7

**MELINDA BEAZLEY PEARSON vs. AUGUSTA, GEORGIA, ET AL.**
Tonia Denise Mason on 02/24/2015                                    Page 31

```
 1     Q.    Okay.  Who all was present?
 2     A.    Myself, Marilyn Newton, and Mr. Scheuer.
 3     Q.    Okay.  Do you have any knowledge of anyone
 4  tampering with or trying to get Melinda Pearson's or
 5  Tom Beck's personnel files?
 6     A.    The file cabinet with the personnel
 7  records, which was located in Marilyn Newton's
 8  office, was broken into, and we never found --
 9  Mr. Beck's file was missing.
10     Q.    Do you remember about when that was?
11     A.    No, I'm not sure of the year, but I know
12  the file was missing.
13     Q.    Okay.  But it would have -- it would have
14  been after -- it would have been between 2012 and,
15  what, '13 or something?
16     A.    '12 and '13.
17     Q.    Okay.  Definitely not last year?
18     A.    No, no, no.
19     Q.    Okay.  Do you know whether in 2010, 2011,
20  2012 supervisory employees would have taken multiple
21  comp days off in a row?
22     A.    Yes.
23     Q.    Okay.  But now there are no records to go
24  back and prove all that, right?
25     A.    Right.
```