AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 OCT 26  A 10: 25

CLERK _____
SO. DIST. GA.

MELINDA BEAZLEY PEARSON,

Plaintiff,

v.

AUGUSTA, GEORGIA

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV114-110

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the decision of the Court rendered on October 25, 2017, JUDGMENT is hereby entered in favor of the defendant, AUGUSTA, GEORGIA, and against the plaintiff, MELINDA BEAZLEY PEARSON. The plaintiff MELINDA BEAZLEY PEARSON shall take nothing, and costs are hereby assessed against the plaintiff, to be taxed by the Clerk of Court.

Approved by: _____
J. Randal Hall, Chief Judge
United States District Court

10-26-2017
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03