# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 17-15275-HH

MELINDA BEAZLEY PEARSON,

                                      Plaintiff-Appellant,

versus

AUGUSTA GEORGIA,
through its Mayor Hardie Davis, Jr.,
in his official capacity, and its commission,
in its official capacity,
FRED RUSSELL,
individually and in his capacity as City Manager,
as a final policy maker, under color of law,
BILL SHANAHAN,
individually and in his official capacity,
under color of law,
SAM SMITH,
individually and in his official capacity,
under color of law,
JOHN AND JANE DOE,
whose true names are not known,
individually and in his or her individual capacity,
under color of law, Individually or jointly,
and in conspiracy with one another,

                                        Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Georgia

ORDER:

Appellant's "Motion to Supplement the Record" is CARRIED WITH THE CASE. Appellant is directed to submit to the Court the documents with which she seeks to supplement the record within fourteen (14) days of the issuance of this order.

_____
UNITED STATES CIRCUIT JUDGE