IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MELINDA BEAZLEY PEARSON, | * |
| Plaintiff, | * |
| v. | *   CV 114-110 |
| AUGUSTA, GEORGIA, et al., | * |
| Defendants. | * |

**O R D E R**

On March 1, 2022, the Parties filed a mediation status report. (Doc. 297.)  The Parties report that mediation was unsuccessful, but efforts continue.  (Id. at 1.)

The Parties are reminded that in the Court's December 9, 2021, and February 11, 2022 Orders, the last day for filing civil motions in this case, including Daubert motions but excluding motions in limine, is April 1, 2022.  (Docs. 290, 296.)  That deadline remains firm.  Any civil motion, except motions in limine, not filed by April 1, 2022 will not be considered.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of March, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA